Henry Barton, appellee, v. C. M. Gauger, appellant. Gen. No. 8,932.

Opinion filed August 14, 1935.

Anson H. Brown and Hadley, Weaver & Woodward, for appellant; Charles W. Hadley and John S. Woodward, of counsel. Frank J. Lexa, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

I. E. Wernick, appellee, v. John Link and Rose Mores, appellants. Gen. No. 8,936.

Opinion filed August 14, 1935.

Ryan & Hood, for appellants; Frank M. Ryan, of counsel. Edward S. Foltz, Jr., for appellee.

Mr. Justice Huffman delivered the opinion of the court.

City of Wheaton, appellee, v. Mary E. Oliver, appellee. Annie Graf, appellant. Gen. No. 8,934.

Opinion filed September 18, 1935. Rehearing denied and supplemental opinion filed November 7, 1935.

Harry W. Standidge, for appellant. Hadley, Weaver & Woodward, for appellee Mary E. Oliver; Harry G. Weaver and Palmer Leren, of counsel.

Mr. Justice Dove delivered the opinion of the court.

Charles Montague, appellee, v. R. S. Larson, appellant. Gen. No. 8,952.

Opinion filed October 11, 1935. Rehearing denied November 26, 1935.

Miller & Thomas and William L. Pierce, for appellant; Charles A. Thomas, of counsel. Welsh & Welsh, for appellee; C. K. Welsh, of counsel.

Mr. Justice Dove delivered the opinion of the court.